**Opinion issued January 21, 2016**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-15-00679-CV

_____

## KECHINYERE FRANCA AZAGA, Appellant

## V.

## HOUSTON HOUSING AUTHORITY, Appellee

---

**On Appeal from the County Civil Court at Law No. 1**
**Harris County, Texas**
**Trial Court Case No. 1064552**

---

## MEMORANDUM OPINION

Appellant, Kechinyere Franca Azaga, has neither paid the required fees nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE ANN. §§ 51.207, 51.208, 51.941(a), 101.041 (West 2013), § 101.0411 (West Supp. 2014); Order Regarding Fees Charged in the

Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 13-9127 (Tex. Aug. 16, 2013). Further, appellant has not paid or made arrangements to pay the fee for preparing the clerk's record. *See* TEX. R. APP. P. 37.3(b). After being notified that this appeal was subject to dismissal, appellant did not adequately respond.[1] *See* TEX. R. APP. P. 5, 37.3(b), 42.3(b), (c).

We dismiss the appeal for want of prosecution. We dismiss all pending motions as moot.

**PER CURIAM**

Panel consists of Justices Higley, Huddle, and Lloyd.

---

[1] Appellant filed a motion, stating he was requesting a hearing on the filing fee and pauper's oath, but no affidavit of indigence was attached. Appellant filed additional letters, reminding us of his request for a hearing. No affidavit of indigence or other document complying with TEX. R. APP. P. 20.1 has been filed even though our notices referenced Rule 20.1.